**SO ORDERED.**

**SIGNED this 02 day of September, 2011.**

_____
                **Stephani W. Humrickhouse**
                **United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE: Mary Tanski         )         CASE NO.: 11-03310-8-SWH
                                  )         Chapter 7
                                  )
    Debtor,                    )
                                  )

### ORDER AVOIDING LIEN

This matter was heard on Motion by Debtor to Avoid Lien and it appearing that the Motion and Notice of Hearing were served on SunTrust Bank and parties in interest and that no responsive pleading has been filed within time allowed from service, that no hearing is necessary and that good cause exits for granting Debtor's Motion.

The Court finds that:

1. SunTrust Bank has a judgment lien on the real property of the debtor, real property address is 3136 Dangerfield Drive, Raleigh, NC, recorded in Book 12088 page 187 in Wake County, NC 27616, and the property tax value is $180,404.00.

2. The amount claimed as exempt is $30,000.00.

3. The Lien impairs the exemption to which the Debtor would have been entitled under N.C.G.S. Chapter 1-C, § 1601, et seq.

5. The Lien is a judicial lien.

It is thereby, ORDERED, ADJUDGED AND DECREED, that SunTrust's Judgment Lien which is recorded in Book 12088 page 187 in Wake County, NC. in the amount of $11,561.87 with a daily interest rate of $2.53 a day and abstracted in Wake County, NC, under file number 10-CVS 16716 be, and the same hereby is, avoided to the extent it impairs the exemption, and SunTrust shall

perform all duties to have said Judgment Lien removed from the local index.

END OF DOCUMENT